518 A.2d 537

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE HORSE RACING COMMISSION, Petitioner,**

v.

**R.A. SMITH.**

Supreme Court of Pennsylvania.

Nov. 21, 1986.

Petition for Allowance of Appeal GRANTED, No. 58 M.D. Appeal Docket 1986.